Adam M. Apton (State Bar No. 316516)
Email: aapton@zlk.com
**LEVI & KORSINSKY, LLP**
515 South Flower Street, 18th & 19th Floors
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (212) 363-7171

Counsel for Plaintiff Ned Habedus

[*Additional Counsel listed on Signature Block*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NED HABEDUS, derivatively on behalf of MATCH GROUP, INC.,<br><br>Plaintiff, Maame Ewusi-Mensah Frimpong<br>v.<br><br>BERNARD KIM, GARY SWIDLER, STEPHEN BAILEY, MELISSA BRENNER, SHARMISTHA DUBEY, LAURA JONES, ANN L. McDANIEL, THOMAS J. McINERNEY, WENDI MURDOCH, SPENCER RASCOFF, GLENN H. SCHIFFMAN, PAMELA S. SEYMON, and ALAN G. SPOON,<br><br>Defendants,<br><br>-and-<br><br>MATCH GROUP, INC.,<br><br>Nominal Defendant. | CASE NO. 2:25-cv-07171-MEMF-PVCx<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>**JOINT STIPULATION TEMPORARILY STAYING ACTION**<br><br>[PROPOSED ORDER LODGED CONCURRENTLY]<br><br>Action Filed: August 4, 2025 |

WHEREAS, on August 4, 2025, Plaintiff Ned Habedus ("Plaintiff") filed this stockholder derivative action on behalf of nominal defendant Match Group, Inc. ("Match Group" or the "Company"), alleging violations of §§ 10(b), 14(a), and 21D of the Securities Exchange Act of

1934 (the "Exchange Act") and Rule 14a-9 promulgated thereunder, breach of fiduciary duties, and unjust enrichment against defendants Bernard Kim, Gary Swidler, Stephen Bailey, Melissa Brenner, Sharmistha Dubey, Laura Jones, Ann L. Mcdaniel, Thomas J. Mcinerney, Wendi Murdock, Spencer Rascoff, Glenn H. Schiffman, Pamela S. Seymon, and Alan G. Spoon (collectively, "Individual Defendants" and together with the Company, "Defendants");

WHEREAS, prior to the filing of this action, on November 24, 2024, a putative class action was filed, alleging violations of §§ 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder against Match Group, Bernard Kim, and Gary Swidler captioned *Meslage v. Match Group, Inc. et al.*, 2:24-cv-10153 (C.D. Cal.) (the "Related Securities Class Action").

WHEREAS, on July 24, 2025, the court appointed a lead plaintiff in the Related Securities Class Action;

WHEREAS, the claims in this action and the Related Securities Class Action arise out of substantially similar operative facts;

WHEREAS, Defendants have agreed to accept service through their counsel of the Verified Shareholder Derivative Complaint filed in this action (D.I. 1, the "Complaint");

WHEREAS, the parties anticipate that defendants in the Related Securities Class Action will move in due course to dismiss the Related Securities Class Action;

WHEREAS, the parties agree that for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, this action should be stayed until the pleadings in the Related Securities Class Action are resolved.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among the parties, subject to the approval of the Court, as follows:

1. Defendants hereby accept service of the Complaint.

2. This action shall be stayed pending entry of an order deciding a motion to dismiss in the Related Securities Class Action.

3. Notwithstanding the foregoing, in the event that defendants in the Related Securities Class Action do not move to dismiss the Securities Class Action, the action shall be stayed until the deadline for any such motion.

4. Plaintiff may file an amended complaint during the pendency of the stay, but Defendants shall not be required to answer, move against, or otherwise respond to any complaint filed in the above-captioned action during the pendency of the stay.

5. During the pendency of the stay, Defendants shall provide Plaintiff with notice of and an opportunity to participate in any mediation with plaintiff in the Related Securities Class Action.

6. Within 14 days of the events in Paragraphs 2 or 3 above, the parties shall file a joint status report regarding the status of this action.

7. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the parties, including but not limited to motions and defenses based on improper venue or forum and/or lack of jurisdiction.

Respectfully submitted,

Dated: August 25, 2025

**LEVI & KORSINSKY, LLP**

/s/ *Adam M. Apton*
Adam M. Apton
515 South Flower Street, 18th & 19th Floors
Los Angeles, CA 90071
Tel.: (213) 985-7290
Fax: (212) 363-7171

aapton@zlk.com

Daniel Tepper (*pro hac vice* forthcoming)
Gregory M. Nespole (*pro hac vice* forthcoming)
Correy A. Suk (*pro hac vice* forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com
gnespole@zlk.com
csuk@zlk.com

*Attorneys for Plaintiff*

Dated: August 25, 2025

**WINSTON & STRAWN LLP**

/s/ *Jeffrey L. Steinfeld*
Jeffrey L Steinfeld
333 S. Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1960
Fax: (212) 615-1750
jlsteinfeld@winston.com

*Attorneys for Defendants*

**ATTESTATION PURSUAN TO L.R. 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories concur in the content of this joint stipulation and have authorized filing of the same.

Dated: August 25, 2025

/s/ *Adam M. Apton*
Adam M. Apton