JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NED HABEDUS, derivatively on behalf of MATCH GROUP, INC.,

Plaintiff,

v.

BERNARD KIM, GARY SWIDLER, STEPHEN BAILEY, MELISSA BRENNER, SHARMISTHA DUBEY, LAURA JONES, ANN L. McDANIEL, THOMAS J. McINERNEY, WENDI MURDOCH, SPENCER RASCOFF, GLENN H. SCHIFFMAN, PAMELA S. SEYMON, and ALAN G. SPOON,

Defendants,

-and-

MATCH GROUP, INC.,

Nominal Defendant.

CASE NO. 2:25-cv-07171-MEMF-PVC

Hon. Maame Ewusi-Mensah Frimpong
Courtroom 8B

**ORDER REGARDING JOINT STIPULATION TEMPORARILY STAYING ACTION**

Action Filed: August 4, 2025

**ORDER**

Upon the Joint Stipulation proposed by plaintiff Ned Habedus ("Plaintiff"), derivatively on behalf of Match Group, Inc. ("Match Group" or the "Company"), and Bernard Kim, Gary Swidler, Stephen Bailey, Melissa Brenner, Sharmistha Dubey, Laura Jones, Ann L. Mcdaniel, Thomas J. Mcinerney, Wendi Murdock, Spencer Rascoff, Glenn H. Schiffman, Pamela S. Seymon, and Alan G. Spoon (collectively, "Individual Defendants"), and nominal defendant Match Group (together with the Individual Defendants, "Defendants" and, together with Plaintiff, the "Parties") in the above-captioned action (the "Action"), and with good cause being shown, the Court hereby ORDERS as follows:

1. Defendants hereby accept service of the Complaint.

2. The Court, having considered the Joint Stipulation and finding good cause therefore, hereby ORDERS that the action is STAYED and administratively closed until ninety (90) days from the date of this Order. The parties are ORDERED to file, within ninety (90) days of this Order, a joint status report regarding whether the stay should be lifted. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of ninety-one (91) days from the date of this Order.

3. This Action is stayed pending entry of an order deciding a motion to dismiss in the Related Securities Class Action or, in the event that defendants in the Related Securities Class Action do not move to dismiss the Securities Class Action, the action shall be stayed until the deadline for any such motion.

4. Plaintiff may file an amended complaint during the pendency of the stay, but Defendants shall not be required to answer, move against, or otherwise respond to any complaint filed in the above-captioned action during the pendency of the stay.

5. During the pendency of the stay, Defendants shall provide Plaintiff with notice of and an opportunity to participate in any mediation with plaintiff in the Related Securities Class Action.

6. Within 14 days of the events in Paragraphs 3 or 4 above, the parties shall file a joint status report regarding the status of this action.

7. Nothing herein shall be deemed to constitute a waiver of any claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties, including but not limited to motions and defenses based on improper venue or forum and/or lack of jurisdiction.

8. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: September 2, 2025

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge