**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NED HABEDUS, derivatively on behalf of MATCH GROUP, INC.,<br>Plaintiff,<br>v.<br><br>BERNARD KIM, GARY SWIDLER, STEPHEN BAILEY, MELISSA BRENNER, SHARMISTHA DUBEY, LAURA JONES, ANN L. McDANIEL, THOMAS J. McINERNEY, WENDI MURDOCK, SPENCER RASCOFF, GLENN H. SCHIFFMAN, PAMELA S. SEYMON, and ALAN G. SPOON,<br>Defendants,<br><br>-and-<br><br>MATCH GROUP, INC.,<br><br>Nominal Defendant. | Case No. 2:25-cv-07171-MEMF-PVC<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: August 4, 2025 |

Upon the Notice of Voluntary Dismissal filed by plaintiff Ned Habedus ("Plaintiff") in the above-captioned action and with good cause shown, the Court hereby ORDERS as follows:

1. Voluntary dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1) because no defendant has filed an answer or moved for summary judgment.

2. Notice to the stockholders of Match Group, Inc. of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because similar derivative claims continue to be pursued on behalf of the Company in the two stockholder derivative actions pending in this Court captioned *Hollin v. Kim et al.*, Case No. 2:24-cv-10776 (C.D. Cal.) and *Roy v. Kim et al.*, Case No. 2:24-cv-

11007-PA-RAO (C.D. Cal.).

3. This Action is hereby dismissed with prejudice solely as to Plaintiff individually and without prejudice as to any other person.

IT IS SO ORDERED.

DATED: September 9, 2025

The Honorable Maame Ewusi-Mensah Frimpong
United States District Judge